UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MARK HANNA | * | CIVIL ACTION NO. 15-2851 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| JAMES LEBLANC ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss for lack of jurisdiction filed by the Louisiana Department of Public Safety and Corrections and the Office of Motor Vehicles [Record Document 20] is **GRANTED** and Plaintiff's claims against said Defendants are **DISMISSED WITHOUT PREJUDICE** as barred by the Eleventh Amendment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss for failure to state a claim filed by Secretary LeBlanc [Record Document 24] is **GRANTED** and Plaintiff's claims against him are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Magistrate Judge's Memorandum Order granting in part and denying in part the Plaintiff's motion to amend and supplement the complaint [Record Document 44] be and is hereby **AFFIRMED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to supplement his objections and/or appeal the Magistrate Judge's decision [Record Document 74] is **GRANTED IN PART and**

**DENIED IN PART.** It is granted to the extent the Court has construed that filing as Plaintiff's objections; however, insofar as the filing is construed as a motion to strike, a motion for default judgment, or a motion to correct the record, it is denied.

**THUS DONE AND SIGNED** this ___17th___ day of May, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE